

## NUMBER 13-19-00286-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

MICHAEL LEE ARNETT,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

### On appeal from the 347th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Memorandum Opinion by Justice Longoria**

This cause is before the Court on a joint motion to dismiss appeal. The motion is signed by appellant, by and through his attorney, and the assistant county district attorney on behalf of the State. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at the parties' request, no

motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of July, 2019.